# HENRY MENGELKOCH v. MINNEAPOLIS STREET RAILWAY COMPANY.[1]

December 26, 1924.

No. 24,290.

**Case followed.**
 Case controlled by Bradley v. Minneapolis St. Ry. Co. supra, page 322.

Action in the district court for Hennepin county to recover $2,007.20 for personal injuries and damages to an automobile. The case was tried before Waite, J., and a jury which returned a verdict for $1,209.75. From an order denying its motion for judgment notwithstanding the verdict or for a new trial, defendant appealed. Affirmed.

*Ralph T. Boardman* and *John F. Dulebohn,* for appellant.
*Pilgram & Pulliam* and *Thompson, Hessian & Fletcher,* for respondent.

PER CURIAM.
After a verdict for plaintiff there was a motion by defendant for a new trial or judgment notwithstanding, from the denial of which this appeal is taken. It is another case wherein damages are sought by the owner of a motor truck caused by a collision between it and a street car at a street intersection. No purpose would be served by stating the facts or discussing the law applicable thereto. The

[1]Reported in 201 N. W. 610.

issue of defendant's negligence was clearly for the jury, as was also that of the plaintiff's contributory negligence under the rules stated in Bradley v. Minneapolis St. Ry. Co. supra, page 322.

Order affirmed.